UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, | : | |
| a trade name adopted by the plaintiffs herein | : | CIVIL ACTION NO. 3:16-cv-01963-JAM |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BLUE HILLS FUELS, LLC, | : | |
| CUMBERLAND FARMS, INC., | : | |
| GULF OIL LIMITED PARTNERSHIP, | : | |
| CHELSEA PETROLEUM PRODS. | : | |
| HOLDINGS, LLC, | : | |
| CHELSEA PETROLEUM PRODS. I, LLC | : | |
| ARCLIGHT CAPITAL PARTNERS, LLC | : | |
| PMG NORTHEAST, LLC | : | |
| PETROLEUM MARKETING GROUP, INC. | : | |
| Defendants. | : | DECEMBER 28, 2016 |

**APPEARANCE**

Please enter my appearance for all eight defendants in the above-captioned matter, as follows: BLUE HILL FUELS, LLC, CUMBERLAND FARMS, INC., GULF OIL LIMITED PARTNERSHIP, CHELSEA PETROLEUM PRODUCTS HOLDINGS, LLC, CHELSEA PETROLEUM PRODUCTS I, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, PMG NORTHEAST, LLC, and PETROLEUM MARKETING GROUP, INC.

By: /s/ Paul D. Sanson
Paul D. Sanson (ct05477)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5000
Fax: 860-251-5219
psanson@goodwin.com
Their Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 28th day of December 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Paul D. Sanson
Paul D. Sanson