Barr & Morgan
22 Fifth St.
Stamford, CT 06905

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, a trade name adopted by the plaintiffs herein Plaintiffs, | : | CIVIL ACTION NO. 3:16-CV-01963-JAM |
| v. | : | |
| BLUE HILLS FUELS, LLC, CUMBERLAND FARMS, INC., GULF OIL LIMITED PARTNERSHIP, CHELSEA PETROLEUM PRODS. HOLDINGS, LLC, CHELSEA PETROLEUM PRODS. I, LLC ARCLIGHT CAPITAL PARTNERS, LLC PMG NORTHEAST, LLC PETROLEUM MARKETING GROUP, INC. Defendants. | : | JANUARY 30, 2017 |

**LIS PENDENS – 36 SOUTH AVENUE, NEW CANAAN, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

I certify that this is a true copy of
the original document received for
record in the Office of the Town Clerk
of the Town of New Canaan
Attest: Ellen M. Peterson, Asst.
Town Clerk

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

# SCHEDULE A, PROPERTY DESCRIPTION

ALL THAT certain piece, parcel or tract of land with the buildings and improvements thereon, situated in the Town of New Canaan, County of Fairfield and State of Connecticut, and shown and designated on a certain map entitled "Gulf Oil Corporation New Canaan, Conn." Surveyed and prepared by Charles Cahn, dated April 1966, which map is to be filed in the Office of Town Clerk of Town of New Canaan, reference to which map is expressly made and in accordance with which map, said premises are more particularly described as follows:

Beginning at the Northeasterly corner of land belonging to the Gulf Oil Corporation, said point being 43.5' distant Easterly from the Southeasterly corner of Cherry Street and South Avenue, when measured along the Southerly line of Cherry Street; thence running North 87° 17' 24" East 48.64 along the Southerly line of Cherry Street; thence running South 00° 15' 39" West 114.23' along land belonging now or formerly to New Canaan Library Association; thence running South 01° 18' 40" East 42.40' along land belonging now or formerly to New Canaan Library Association; thence running South 88° 12' 11" West 97.58' along land belonging now or formerly to Ross Y Scott; thence running North 01° 51' 42" East 41.39' along the Easterly line of South Avenue; thence running North 88° 19' 35" East 49.00' along other land belonging to the Grantee; thence running North 00° 54' 43" West 114.59' along other land belonging to the Grantee to point and place a beginning.

TOGETHER WITH all that certain tract or parcel of land situated in said New Canaan and described as follows:

BEGINNING at a point marked "X" on the curbing now existing on the property line, which point marks the Northwest corner of said property and which corner is located on the Southeast corner of the intersection of Cherry Street and South Avenue; running (first) Easterly at an angle of ninety-four degrees forty minutes and forty seconds (94° 40' 40") with South Avenue along the South side of Cherry Street forty-three and fifty hundredths feet (43.50') to a monument; thence (second) running in a Southerly direction along land now or formerly of Harry O. Kaiser one hundred fourteen and fifty-nine hundredths feet (114.59') at an angle of eighty-eight degrees five minutes and twenty seconds (88° 05' 20") with bearing number one to a stone monument; thence (third) running in a Westerly direction along land now or formerly of E. Morgan Saunders forty-eight and ninety-eight hundredths feet (48.98') at an angle of ninety degrees fifty-three minutes and ten seconds (90° 53' 10") with bearing number two to a stone monument on the East side of South Avenue; thence (fourth) one hundred fourteen and two hundredths feet (114.02') in

## SCHEDULE A, PROPERTY DESCRIPTION

## (Continued)

a Northerly direction along the East side of South Avenue at an angle of eighty-six degrees twenty minutes and fifty seconds (86° 20' 50") with bearing number three to the point and place of BEGINNING.

EXCEPTING THEREFROM:
ALL THAT CERTAIN piece, parcel or tract of land, situated in the Town of New Canaan, County of Fairfield and State of Connecticut, shown and designated as "Parcel No. 1 Area = 0.028 Acres" on a certain map entitled "Map Showing Property of Gulf Oil Corporation New Canaan, Connecticut" certified "Substantially Correct" Richard E. Bromfield, P.E. & L.S. No. 2558 New Canaan, Conn. June 24, 1975, which map is on file in the Office of the Town Clerk of the Town of New Canaan as Map No. 5776.

Said premises are more particularly bounded and described as follows:

| | |
|---|---|
| NORTHERLY | 92.14 feet by the public highway known as Cherry Street, and being a portion of Connecticut State Highway Route 106; |
| EASTERLY | 12.28 feet by land of New Canaan Library Association being conveyed to the Town of New Canaan; |
| SOUTHERLY | 69.25 feet and |
| SOUTHEASTERLY | 37.40 feet by land of Gulf Oil Corporation; and |
| WESTERLY | 35.12 feet by the public highway known as South Avenue, and being a portion of Connecticut State Highway No. 106. |

STATE OF CONNECTICUT

ss: Norwalk

COUNTY OF FAIRFIELD 01/31/2017

Then and there by virtue of the original Lis Pendens – 36 South Avenue, New Canaan, CT

I made service upon the within named Defendant(s):
BLUE HILLS FUELS, LLC

By first filing on 1/31/2017, the original Lis Pendens in the Office of the Town Clerk of New Canaan, Connecticut together with a recording fee of $74.00

And afterwards, on 1/31/2017, I mailed a true and attested copy of the original Lis Pendens – 36 South Avenue, New Canaan, CT, with my doings thereon endorsed, via Certified Mail, Return Receipt Requested, bearing Receipt # 70143490000145227074 to BLUE HILLS FUELS, LLC, 200 Clarendon St, 55th Floor, Boston, MA 02116,.

The within and foregoing is the original Lis Pendens – 36 South Avenue, New Canaan, CT, with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service : | $ | 40.00 |
| Paid Town Clerk | $ | 74.00 |
| File Lis Pendens | $ | 40.00 |
| Travel: | $ | 10.00 |
| Copies: | $ | 4.00 |
| Postage | $ | 6.45 |
| Endorsements | $ | 0.80 |
| TOTAL: | $ | 175.25 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

VOL: 7196 PG: 128
Inst: 972

O

BARR 4 MORGAN
22 Fifth ST
STAMFORD, CT
06905

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GULF DEALERS OF CONNECTICUT,
a trade name adopted by the plaintiffs herein
Plaintiffs,

v.

BLUE HILLS FUELS, LLC,
CUMBERLAND FARMS, INC.,
GULF OIL LIMITED PARTNERSHIP,
CHELSEA PETROLEUM PRODS. HOLDINGS, LLC,
CHELSEA PETROLEUM PRODS. I, LLC
ARCLIGHT CAPITAL PARTNERS, LLC
PMG NORTHEAST, LLC
PETROLEUM MARKETING GROUP, INC.
Defendants.

CIVIL ACTION NO. 3:16-CV-01963-JAM

I hereby certify that this is a true copy of the original document received for record in the Office of The Town Clerk, Town of Greenwich
On JAN 31 2017 At
ATTEST: Town Clerk

JANUARY 30, 2017

**LIS PENDENS – 370 EAST PUTNAM AVENUE, COS COB, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

VOL: 7196 PG: 130
Inst: 972

## SCHEDULE A, PROPERTY DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with all buildings and improvements thereon standing, situated in the Town of Greenwich, County of Fairfield and State of Connecticut, known and designated as Lot No. 1 and the westerly 5 feet of Lot No. 2 on a certain map entitled, "Map of Jaynes Subdivision at Cos Cob Conn.", made by S.E. Minro, Civil Engineer, Greenwich, Conn., March 11, 1904, which map is on file in the Office of the Greenwich Town Clerk as Map No. 214. Said premises are more particularly bounded and described as follows:

Beginning at a point formed by the intersection of the division line between the easterly side of Orchard Street and the southerly side of Valley Road, and running thence from said point of beginning along the southeasterly line of Valley Road North 48° 50' East 144.3 feet and North 47° 18' East 20.57 feet to land formerly of Ritch, thence along land formerly of Ritch South 22° 49' East 88.56 feet to the northerly line of East Putnam Avenue, so-called, thence along said northerly line of East Putnam Avenue South 67° 11' West 150.0 feet to the easterly line of Orchard Street, and running thence along the easterly line of Orchard Street North 32° 45' West 36.8 feet to the point or place of beginning.

TOGETHER WITH all right, title and interest in and to the highways, East Putnam Avenue, Valley Road and Orchard Street adjoining said premises to the center lines thereof.

RECEIVED FOR RECORD
Jan 31,2017 12:06:08P
CARMELLA C. BUDKINS
TOWN CLERK
GREENWICH, CT

STATE OF CONNECTICUT

ss: Norwalk

COUNTY OF FAIRFIELD 01/31/2017

Then and there by virtue of the original Lis Pendens – 370 East Putnam Ave, Greenwich, CT

I made service upon the within named Defendant(s):
BLUE HILLS FUELS, LLC

By first filing on 1/31/2017, the original Lis Pendens in the Office of the Town Clerk of Greenwich, Connecticut together with a recording fee of $68.00

And afterwards, on 1/31/2017, I mailed a true and attested copy of the original Lis Pendens – 370 East Putnam Ave, Greenwich, CT, with my doings thereon endorsed, via Certified Mail, Return Receipt Requested, bearing Receipt PO#70143490000145527067 to BLUE HILLS FUELS, LLC, 200 Clarendon St, 55th Floor, Boston, MA 02116,.

The within and foregoing is the original Lis Pendens - 370 East Putnam Ave, Greenwich, CT, with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service : | $ | 40.00 |
| Paid Town Clerk | $ | 68.00 |
| File Lis Pendens | $ | 40.00 |
| Travel: | $ | 20.00 |
| Copies: | $ | 3.00 |
| Postage | $ | 6.59 |
| Endorsements | $ | 0.80 |
| TOTAL: | $ | 178.39 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

INSTR # 2017001608
VOL 11669 PG 128
RECORDED 01/31/2017 11:45:24 AM
DONNA M LOGLISCI
CITY & TOWN CLERK STAMFORD CT
BLOCK 376

BLOCK # 376

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GULF DEALERS OF CONNECTICUT,
a trade name adopted by the plaintiffs herein
Plaintiffs,

v.

BLUE HILLS FUELS, LLC,
CUMBERLAND FARMS, INC.,
GULF OIL LIMITED PARTNERSHIP,
CHELSEA PETROLEUM PRODS.
HOLDINGS, LLC,
CHELSEA PETROLEUM PRODS. I, LLC
ARCLIGHT CAPITAL PARTNERS, LLC
PMG NORTHEAST, LLC
PETROLEUM MARKETING GROUP, INC.
Defendants.

CIVIL ACTION NO. 3:16-CV-01963-JAM

JANUARY 30, 2017

**LIS PENDENS – 1095 LONG RIDGE ROAD, STAMFORD, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

SCHEDULE A

Legal Description

Real property known as 1095 Long Ridge Road in the City of Stamford, County of Fairfield, State of Connecticut, described as follows:

All those certain pieces, parcels or tracts of land, together with all buildings and improvements thereon standing, situated in the City of Stamford, County of Fairfield and State of Connecticut, bounded and described as follows:

First Tract: Northerly by land now or formerly of Heini Epting and Klara Epting, Easterly by land now or formerly of Alfred J. Tulk and Ethel C. Tulk, Southerly by the Second Tract as hereinafter described, and Westerly by the Fourth Tract as hereinafter described.

Second Tract: Northerly by the First Tract hereinabove described, Easterly by land now or formerly of Alfred J. Tulk and Ethel C. Tulk, Southerly by the Third Tract hereinafter described, and Westerly by the Fourth Tract hereinafter described.

Third Tract: Northerly by the Second Tract hereinabove described and partly by land now of formerly of Alfred J. Tulk and Ethel C. Tulk, Easterly and again Northerly by land now or formerly of Charles R. Knight, Easterly by Webbs Hill Road, so-called, Southerly by land now or formerly of E. William Riker, and Westerly by the Fourth Tract hereinafter described.

Fourth Tract: Northerly 10 feet by land now or formerly of Heini Epting and Kiara Epting, Easterly 473.3 feet by the First, Second and Third Tracts hereinabove described, Southerly 10 feet by land now or formerly of Ruth T. Thompson, and Westerly 475 feet, more or less, by the revised northeasterly line of Long Ridge Road, so-called.

For a more particular description of the premises reference is made to a map entitled, "Town of Stamford Map Showing Land to be Released to the New Rochelle Company by the State of Connecticut", on file in the Office of the Stamford Town Clerk as Map No. 6289.

I hereby certify that this is a true copy of the original document received for record in the Office of the Town Clerk, City of Stamford.
On 1/31/17 At 11:45 am
ATTEST: Donna M. Loglisci
Town Clerk



ActiveUS 145862325v.3

STATE OF CONNECTICUT

ss: Norwalk

COUNTY OF FAIRFIELD 01/31/2017

Then and there by virtue of the original Lis Pendens – 1095 Long Ridge Rd, Stamford, CT

I made service upon the within named Defendant(s):
BLUE HILLS FUELS, LLC

By first filing on 1/31/2017, the original Lis Pendens in the Office of the Town Clerk of Stamford, Connecticut together with a recording fee of $68.00

And afterwards, on 1/31/2017, I mailed a true and attested copy of the original Lis Pendens – 1095 Long Ridge Rd, Stamford, CT, with my doings thereon endorsed, via Certified Mail, Return Receipt Requested, bearing Receipt PO#70162710000096607453 to BLUE HILLS FUELS, LLC, 200 Clarendon St, 55th Floor, Boston, MA 02116,.

The within and foregoing is the original Lis Pendens - 1095 Long Ridge Rd, Stamford, CT, with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service : | $ | 40.00 |
| Paid Town Clerk | $ | 68.00 |
| File Lis Pendens | $ | 40.00 |
| Travel: | $ | 15.00 |
| Copies: | $ | 3.00 |
| Postage | $ | 6.59 |
| Endorsements | $ | 0.80 |
| TOTAL: | $ | 173.39 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

INSTR # 2017001607
VOL 11669 PG 125
RECORDED 01/31/2017 11:45:24 AM
DONNA M LOGLISCI
CITY & TOWN CLERK STAMFORD CT
BLOCK 132

BLOCK # 132

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GULF DEALERS OF CONNECTICUT,
a trade name adopted by the plaintiffs herein
Plaintiffs,

v.

BLUE HILLS FUELS, LLC,
CUMBERLAND FARMS, INC.,
GULF OIL LIMITED PARTNERSHIP,
CHELSEA PETROLEUM PRODS.
HOLDINGS, LLC,
CHELSEA PETROLEUM PRODS. I, LLC
ARCLIGHT CAPITAL PARTNERS, LLC
PMG NORTHEAST, LLC
PETROLEUM MARKETING GROUP, INC.
Defendants.

CIVIL ACTION NO. 3:16-CV-01963-JAM

JANUARY 30, 2017

**LIS PENDENS – 1125 EAST MAIN STREET, STAMFORD, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

SCHEDULE A

Legal Description

Real property known as 1125 East Main Street in the City of Stamford, County of Fairfield, State of Connecticut, described as follows:

All that certain piece or parcel of land, together with all buildings and improvements thereon standing, situated in the City of Stamford, County of Fairfield and State of Connecticut, bounded:

Northerly: 150.0 feet by Main Street, so-called;

Easterly: 204.24 feet in part by land now or formerly of The Albert Motor Company;

Southerly: 155.0 feet, more or less, by land now or formerly of the State of Connecticut; and

Westerly: 111.24 feet, more or less, by land now or formerly of Martin Levine, et al.

Said premises being the northerly portion of Parcel #2 on a certain map entitled, "Property Surveyed for Martin Levine, et al, Stamford, Conn.", dated July 27, 1953 and on file in the Office of the Stamford Town Clerk as Map No. 4782 in Block 132.

Meaning and intending to convey the same premises conveyed to Cumberland Farms, Inc., by Deed recorded at Book 2781, Page 072.

I hereby certify that this is a true copy of the original document received for record in the Office of the Town Clerk, City of Stamford.
On 1/31/17 At 11:45 am
ATTEST: Donna M. Loglisci
Town Clerk



ActiveUS 145862279v.3

STATE OF CONNECTICUT
ss: Norwalk
COUNTY OF FAIRFIELD 01/31/2017

Then and there by virtue of the original Lis Pendens – 1125 East Main Street, Stamford, CT

I made service upon the within named Defendant(s):
BLUE HILLS FUELS, LLC

By first filing on 1/31/2017, the original Lis Pendens in the Office of the Town Clerk of Stamford, Connecticut together with a recording fee of $68.00

And afterwards, on 1/31/2017, I mailed a true and attested copy of the original Lis Pendens – 1125 East Main Street, Stamford, CT, with my doings thereon endorsed, via Certified Mail, Return Receipt Requested, bearing Receipt PO#70162710000096607446 to BLUE HILLS FUELS, LLC, 200 Clarendon St, 55th Floor, Boston, MA 02116,.

The within and foregoing is the original Lis Pendens - 1125 East Main Street, Stamford, CT, with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service : | $ | 40.00 |
| Paid Town Clerk | $ | 68.00 |
| File Lis Pendens | $ | 40.00 |
| Travel: | $ | 15.00 |
| Copies: | $ | 3.00 |
| Postage | $ | 6.59 |
| Endorsements | $ | 0.80 |
| TOTAL: | $ | 173.39 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

BA[illegible]
22 [illegible] ST, STAMFORD, CT
06905

BLOCK #377

INSTR # 2017001609
VOL 11669 PG 131
RECORDED 01/31/2017 11:45:24 AM
DONNA M LOGLISCI
CITY & TOWN CLERK STAMFORD CT
BLOCK 377

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GULF DEALERS OF CONNECTICUT,<br>a trade name adopted by the plaintiffs herein<br>Plaintiffs, | CIVIL ACTION NO. 3:16-CV-01963-JAM |
| v. | |
| BLUE HILLS FUELS, LLC,<br>CUMBERLAND FARMS, INC.,<br>GULF OIL LIMITED PARTNERSHIP,<br>CHELSEA PETROLEUM PRODS.<br>HOLDINGS, LLC,<br>CHELSEA PETROLEUM PRODS. I, LLC<br>ARCLIGHT CAPITAL PARTNERS, LLC<br>PMG NORTHEAST, LLC<br>PETROLEUM MARKETING GROUP, INC.<br>Defendants. | JANUARY 30, 2017 |

**LIS PENDENS – 1484 HIGH RIDGE ROAD, STAMFORD, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

SCHEDULE A

Legal Description

Real property known as 1484 High Ridge Road in the City of Stamford, County of Fairfield, State of Connecticut, described as follows:

All that Certain piece or parcel of land, together with all buildings and improvements thereon standing, situated in the City of Stamford, County of Fairfield and State of Connecticut, more particularly known and designated as Parcel "A" on a certain map entitled, "Map Showing Revision of Property of California Oil Marketers, High Ridge Road, Stamford, Conn.", certified "substantially correct" Edward J. Frattaroli, Surveyor, Stamford, Conn. Nov. 7, 1963, which map is on file in the Office of the Stamford Town Clerk as Map No. 7710. Parcel "A" is bounded and described as follows:

Commencing at a point on the westerly side of High Ridge Road, so-called, which point marks the intersection of the boundary line between the premises herein described and premises now or formerly of Ann Scribnick et al, thence South 82° 57' 43" West a distance of 158.33 feet along land now or formerly of Ann Scribnick, et al, and land now or formerly of Leighton H. York et al to a point; thence North 24° 59' 01" West 136.98 feet along land now or formerly of the Southwestern Connecticut Girl Scout Council, Inc. to a point; thence North 73° 48' 40" East 174.00 feet along Parcel "B" as shown on said map to a point; thence South 18° 01' 30" East 76.59 feet along High Ridge Road to a point; and thence along the arc of a circle whose radius is 1870.08 feet and whose length is 83.99 feet to the point or place of beginning.

I hereby certify that this is a true copy of the original document received for record in the Office of the Town Clerk, City of Stamford,

On 1/31/17 At 11:45am

ATTEST: Donna M. Loglisci

Town Clerk



ActiveUS 145862411v.3

STATE OF CONNECTICUT

ss: Norwalk

COUNTY OF FAIRFIELD

01/31/2017

Then and there by virtue of the original Lis Pendens – 1484 High Ridge Road, Stamford, CT

I made service upon the within named Defendant(s):
BLUE HILLS FUELS, LLC

By first filing on 1/31/2017, the original Lis Pendens in the Office of the Town Clerk of Stamford, Connecticut together with a recording fee of $68.00

And afterwards, on 1/31/2017, I mailed a true and attested copy of the original Lis Pendens – 1484 High Ridge Road, Stamford, CT, with my doings thereon endorsed, via Certified Mail, Return Receipt Requested, bearing Receipt PO#70162710000096607460 to BLUE HILLS FUELS, LLC, 200 Clarendon St, 55th Floor, Boston, MA 02116,.

The within and foregoing is the original Lis Pendens - 1484 High Ridge Road, Stamford, CT, with my doings thereon endorsed.

| Fees: | | |
|---|---|---|
| Service : | $ | 40.00 |
| Paid Town Clerk | $ | 68.00 |
| File Lis Pendens | $ | 40.00 |
| Travel: | $ | 15.00 |
| Copies: | $ | 3.00 |
| Postage | $ | 6.59 |
| Endorsements | $ | 0.80 |
| TOTAL: | $ | 173.39 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, a trade name adopted by the plaintiffs herein<br>Plaintiffs,<br><br>v.<br><br>BLUE HILLS FUELS, LLC,<br>CUMBERLAND FARMS, INC.,<br>GULF OIL LIMITED PARTNERSHIP,<br>CHELSEA PETROLEUM PRODS. HOLDINGS, LLC,<br>CHELSEA PETROLEUM PRODS. I, LLC<br>ARCLIGHT CAPITAL PARTNERS, LLC<br>PMG NORTHEAST, LLC<br>PETROLEUM MARKETING GROUP, INC.<br>Defendants. | : | CIVIL ACTION NO. 3:16-CV-01963-JAM<br><br>JANUARY 30, 2017 |

**LIS PENDENS – 20 HUNTINGTON STREET, SHELTON, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

## SCHEDULE A, PROPERTY DESCRIPTION

All that certain real property, together with the improvements thereon, situated in the City of Shelton, County of Fairfield and Sate of Connecticut, being commonly known as 20 Huntington Street, and being more particularly bounded and described as follows:

NORTHERLY: by land now or formerly of Francis F. Brophy, 123 feet, more or less;

EASTERLY: by land now or formerly of Francis F. Brophy, 111 feet, more or less;

SOUTHERLY: by land now or formerly of Martha Piwowarski, 130 feet, more or less; and

WESTERLY: by Huntington Street, 110 feet, more or less.

# OFFICER'S RETURN

STATE OF CONNECTICUT
SS: Shelton, January 31, 2017
COUNTY OF FAIRFIELD

On the 30th day of January, 2017, I filed the original **NOTICE OF LIS PENDENS and EXHIBITS,** in this action on the Land Records at the Shelton Town Clerk's Office, Shelton, Connecticut.

And on the 31st day of January, 2017, by special direction of the plaintiff's attorney, I made service upon the within named non-resident defendant, **BLUE HILLS FUELS LLC,** by depositing in the Post Office, Postage Paid and Certified, Return Receipt Requested, a true attested copy of the original **NOTICE OF LIS PENDENS and EXHIBITS,** with my endorsement thereon addressed to the within named non-resident defendant, **BLUE HILLS FUELS LLC,** at 200 Clarendon Street, Boston, MA 02116.,

The within and foregoing is the original **NOTICE OF LIS PENDENS and EXHIBITS,** with my doings hereon endorsed.

Attest: [signature]
Peter E. Karpovich
State Marshal-New Haven Count
An Indifferent Person

Fees:

| | | |
|---|---|---|
| Travel | $ | 13.50 |
| Service | | 80.00 |
| Copies | | 6.00 |
| Ends | | .80 |
| T/Clerk | | 63.00 |
| Cert. Mail | | 6.59 |
| Search | | .00 |
| | $ | 169.89 |

7015 0640 0003 8099 1663

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Blue Hill Fuels LLC

BOSTON, MA 02116

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.49 |
| Total Postage and Fees $ | $6.59 |

0483
07

Postmark Here

SEYMOUR CT 06483 USPS

01/31/2017

Sent To: Blue Hill Fuels LLC

Street and Apt. No., or PO Box No.: 200 Clarendon St 55th Flr.

City, State, ZIP+4®: Boston . MA. 02116

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, a trade name adopted by the plaintiffs herein<br>Plaintiffs,<br><br>v.<br><br>BLUE HILLS FUELS, LLC,<br>CUMBERLAND FARMS, INC.,<br>GULF OIL LIMITED PARTNERSHIP,<br>CHELSEA PETROLEUM PRODS. HOLDINGS, LLC,<br>CHELSEA PETROLEUM PRODS. I, LLC<br>ARCLIGHT CAPITAL PARTNERS, LLC<br>PMG NORTHEAST, LLC<br>PETROLEUM MARKETING GROUP, INC.<br>Defendants. | : | CIVIL ACTION NO. 3:16-CV-01963-JAM<br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 30, 2017 |

**LIS PENDENS – 245 HONEYSPOT ROAD, STRATFORD, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

SCHEDULE A

Legal Description

**First Piece**

All that certain piece or parcel of land, with all the improvements thereon, situated in the Town of Stratford, County of Fairfield and State of Connecticut, containing 11,674 square feet as shown on a map entitled "Gulf Oil Corporation, Stratford, Conn., surveyed by Cahn Engineers, Inc., New Haven, Connecticut, scale 1" = 20' and dated February 1969, revised March 11, 1969," said parcel being more particularly bounded and described as follows: Commencing at a point, said point being the intersection of the southerly street line of Anderson Street and the easterly street line of Honeyspot Road;

Thence running South 73 Degrees, 37 Minutes, 32 Seconds East 113.90 feet along the Southerly street line of Anderson Street;

Thence running South 17 Degrees, 47 Minutes 44 Seconds West 100.02 feet along land now or formerly of Ann Kuchma;

Thence running North 72 Degrees, 58 Minutes, 42 Seconds, West 60.67 feet along land now or formerly of Henry Bednarsky;

Thence running North 73 Degrees, 20 Minutes, 11 Seconds, West 60.76 feet along land now or formerly of Domenick and Filomena Pace;

Thence running in a general Northerly direction 86.63 feet along the arc of a curve of radius of 844.02 feet and concave to the West, said arc of curve being the Easterly street line of Honeyspot Road;

Thence running North 24 Degrees, 54 Minutes, 30 Seconds East, 12.09 feet along the Easterly street line of Honeyspot Road;

Thence running North 13 Degrees, 52 Minutes, 56 Seconds, East 1.18 feet along the Easterly street line of Honeyspot Road to the Point and Place of Commencement.

Being the same premises conveyed to Cumberland Farms, Inc. by deed recorded at Book 633, Page 983.

**Second Piece**

All that certain real property, together with the improvements thereon, situated in the Town of Stratford, County of Fairfield and State of Connecticut, containing 7,301 square feet as

shown on a map entitled "Gulf Oil Corporation, Stratford, Connecticut, surveyed by Cahn Engineers, Inc., New Haven, Connecticut, Scale 1"=20' and dated February 1965, revised March 11, 1969," said parcel being more particularly bounded and described as follows:

Commencing at a point, said point being the intersection of the easterly street line of Honeyspot Road and the Northerly street line of Birdseye Street;

Thence running North 24 Degrees 57 Minutes 28 Seconds East 101.23 feet along the Easterly streetline of Honeyspot Road;

Thence running South 73 Degrees 20 Minutes 33 Seconds East 4.79 feet along the street line of Honeyspot Road;

Thence running South 73 Degrees 20 Minutes 11 Seconds East 60.76 feet along land now or formerly of the Society of our Lady of Mt. Carmel, Inc.;

Thence running South 16 Degrees 32 Minutes 28 Seconds West 100.00 feet along land now or formerly of Henry Bednarsky;

Thence running North 73 degrees 27 minutes 32 seconds West 80.37 feet along the northerly street line of Birdseye Street to the Point and Place of Commencement.

# OFFICER'S RETURN

STATE OF CONNECTICUT
SS: Stratford, January 31, 2017
COUNTY OF FAIRFIELD

On the 30th day of January, 2017, I filed the original **NOTICE OF LIS PENDENS and EXHIBITS,** in this action on the Land Records at the Stratford Town Clerk's Office, Stratford, Connecticut.

And on the 31st day of January, 2017, by special direction of the plaintiff's attorney, I made service upon the within named non-resident defendant, **BLUE HILLS FUELS, LLC,** by depositing in the Post Office, Postage Paid and Certified, Return Receipt Requested, a true attested copy of the original **NOTICE OF LIS PENDENS and EXHIBITS,** with my endorsement thereon addressed to the within named non-resident defendant, **BLUE HILLS FUELS, LLC,** at 200 Clarendon Street, Boston, MA 02116.,

The within and foregoing is the original **NOTICE OF LIS PENDENS and EXHIBITS,** with my doings hereon endorsed.

Attest:
Peter E. Karpovich
State Marshal-New Haven Count
An Indifferent Person

Fees:

| | | |
|---|---|---|
| Travel | $ | 24.30 |
| Service | | 80.00 |
| Copies | | 6.00 |
| Ends | | .80 |
| T/Clerk | | 63.00 |
| Cert. Mail | | 6.59 |
| Search | | .00 |
| | $ | 180.69 |

7015 0640 0003 8099 1687

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

BOSTON, MA 02116

Blue Hills Fuels LLC

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0483 |
| $2.75 | 07 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | USPS SEYMOUR JAN 31 2017 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.49 | |
| Total Postage and Fees $ $6.59 | 01/31/2017 06483 |

*Sent To* Blue Hills Fuels LLC

*Street and Apt. No., or PO Box No.* 200 Clarendon St. 55th Flr

*City, State, ZIP+4®* Boston, Ma 02116

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

RETURN TO:
JOHN J MORGAN
BARR & MORGAN
22 FIFTH STREET
STAMFORD, CT 06905

Receipt # 263832
VOL 7592 PG 230
01/30/2017 03:12:58 PM
3 Pages
LIS PENDENS
Instr # 2017-01074
Antoinette C Spinelli, Waterbury Town Clerk
Clerk:BG

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, a trade name adopted by the plaintiffs herein<br>Plaintiffs, | : | CIVIL ACTION NO. 3:16-CV-01963-JAM |
| v. | : | |
| BLUE HILLS FUELS, LLC,<br>CUMBERLAND FARMS, INC.,<br>GULF OIL LIMITED PARTNERSHIP,<br>CHELSEA PETROLEUM PRODS. HOLDINGS, LLC,<br>CHELSEA PETROLEUM PRODS. I, LLC<br>ARCLIGHT CAPITAL PARTNERS, LLC<br>PMG NORTHEAST, LLC<br>PETROLEUM MARKETING GROUP, INC.<br>Defendants. | : | JANUARY 30, 2017 |

**LIS PENDENS – UNION STREET, WATERBURY, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ______________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

Union
Waterbury

SCHEDULE A
(DESCRIPTION)

A Certain piece or parcel of land more particularly shown on Map entitled "Made for Waterbury Redevelopment Agency, Waterbury, Connecticut, the A.J. Patton Company, Surveyor, Waterbury, Connecticut, May 3, 1965, Scale 1"=40'", on file in the Waterbury Town Clerk's Office, bounded and described as follows:

A Certain piece or parcel of land situated on the northerly side of Union Street, in the City of Waterbury, Connecticut, bounded and described as follows:

Beginning at a point in the northerly line of Union Street 378.62 feet westerly of the westerly end of the curve having a radius of 17.00 feet, that connects the northerly line of Union Street with the proposed westerly line of South Elm Street, as measured in the northerly line of Union Street, being the southeasterly corner of the within described land; thence running northerly 56.51 feet; thence making an interior angle of 89° 20' with the last described line and running westerly 53.51 feet to land now or formerly of Harold Weyand; thence making an interior angle of 87° 31' 12" with the last described line and running southerly 55.86 feet to Union Street; thence making an interior angle of 93° 16' 38" with the last described line and running easterly in the northerly line of Union Street 50.44 to the point of beginning, the last described line making an interior angle of 89° 52' 10" with the first described line, bounded:

Northerly-by land now or formerly of Gulf Oil Corporation;
Easterly- by land now or formerly of Gulf Oil Corporation;
Southerly-by Union Street
Westerly-by land now or formerly of the City of Waterbury.

State of Connecticut

Town of: **Waterbury** **January 30, 2017**

County Of New Haven

Then and there by virtue hereof and at the special direction of the Plaintiff's Attorney The Original, Lis Pendens-Union Street, Waterbury, CT & Schedule A was filed, with the **Waterbury Town Clerk's Office** at **235 Grand Street, Waterbury, Connecticut**.

And afterwards on the same day In **Waterbury**, The Original, Lis Pendens-640 West Main Street, Waterbury, CT & Schedule A was filed, with the **Waterbury Town Clerk's Office** at **235 Grand Street, Waterbury, Connecticut**.

And afterwards on the **31st** day of **January, 2017** In **Waterbury**, I made due an legal service upon the within named Defendant: **Blue Hills Fuels, LLC** by depositing in the post office an envelope containing two true and attested copies of the within, Lis Pendens- Union Street, Waterbury, CT & Schedule A And a true and attested copy of the within, Lis Pendens-640 West Main Street, Waterbury, CT & Schedule A, with my endorsement thereon, addressed to said defendant as such: **Blue Hill Fuels, LLC, John Hancock Towers, 200 Clarendon Street, 55th Floor, Boston, MA. 02116-5047., Certified Mail, Return Receipt Requested And Postage Prepaid.**

The within and foregoing is the Original Lis Pendens-Union Street, Waterbury, CT & Schedule A and Lis Pendens-640 West Main Street, Waterbury, CT & Schedule A, with my doings endorsed hereon.

| | | |
|---|---|---|
| Services: | $ | 100.00 |
| Pages : | | 12.00 |
| Travel: | | 5.40 |
| Filing Fee | | 136.00 |
| Endorsement: | | 1.20 |
| Cert Mail: | | 12.75 |
| Total: | $ | 267.35 |

Attest:

[signature]
Willie Davis
State Marshal

Post Mark Here

FEES
Postage Per Piece $6.65
Certified Fee 3.35
Return Receipt Fee 2.75
Total Postage & Fees $12.75

ARTICLE ADDRESSED TO:
BLUE HILLS FUELS LLC
JOHN HANCOCK TOWERS
200 CLARENDON STREET 55th FL
BOSTON MA 02116-5047

9402 7118 9956 4953 6630 98

CERTIFIED MAIL
TRACKING NUMBER

Barr & Morgan

Doc ID: 008448060003 Type: LAN
BK 2382 PG 1188-1190

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GULF DEALERS OF CONNECTICUT, a trade name adopted by the plaintiffs herein Plaintiffs, | : | CIVIL ACTION NO. 3:16-CV-01963-JAM |
| v. | : | |
| BLUE HILLS FUELS, LLC, CUMBERLAND FARMS, INC., GULF OIL LIMITED PARTNERSHIP, CHELSEA PETROLEUM PRODS. HOLDINGS, LLC, CHELSEA PETROLEUM PRODS. I, LLC ARCLIGHT CAPITAL PARTNERS, LLC PMG NORTHEAST, LLC PETROLEUM MARKETING GROUP, INC. Defendants. | : | JANUARY 30, 2017 |

**LIS PENDENS – 1 LAKE AVENUE EXTENSION, DANBURY, CT**

Notice is hereby given of the pendency of a civil action brought by the above named plaintiffs against the above named defendants by writ dated November 30, 2016, originally returnable to the United States District Court within and for the District of Connecticut, which action was brought for the enforcement of a right of first refusal, among other things, running from the defendants Blue Hills Fuels, LLC, Cumberland Farms, Inc., Gulf Oil Limited Partnership, Chelsea Petroleum Prods. Holdings, LLC, Chelsea Petroleum Prods. I, LLC, ArcLight Capital Partners, LLC, PMG Northeast, LLC

and Petroleum Marketing Group, Inc. or any of them, in favor of the plaintiffs herein and which relates to property owned by one or more of the defendants therein.

The affected premises are described as follows:

See Attached Schedule A

Dated at Stamford, Connecticut, this 30th day of January, 2017.

THE PLAINTIFFS,
GULF DEALERS OF CONNECTICUT

By: ________________________

John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
Juris No. ct13312

# SCHEDULE A, PROPERTY DESCRIPTION

A certain piece or parcel of land situate in the City of Danbury, County of Fairfield, and State of Connecticut, more particularly described as follows:

COMMENCING at a point marked by a Connecticut Highway Department monument on the Westerly side of Lake Avenue so-called, being U. S. Route #6, which monument marks the intersection of the Northeasterly corner of the hereinafter described premises and the Southeasterly corner of land of the State of Connecticut; thence running from said monument along the Westerly side of said Lake Avenue so-called South 33° 48' 06" West 100.926 feet to a Connecticut Highway Department monument; thence continuing along the Westerly side of Lake Avenue South 19° 50' 20" West 64.074 feet to an iron pipe, being the Southeasterly corner of the herein described premises and the Northeasterly corner of property now or formerly of Francis J. Collins, Trustee; thence along land now or formerly of Francis J. Collins, Trustee and land now or formerly of Donald R. J. Keeler North 54° 20' 34" West 165.749 feet to the Southwesterly corner of the herein described premises; thence running Northerly along land now or formerly of Donald R. J. Keeler North 23° 30' 33" East 166.243 feet to an iron pipe, being the Northwesterly corner of the herein described premises; thence turning and running along land of the State of Connecticut South 54° 20' 34" East 180.00 feet to the point or place of beginning.

Containing 0.6271 Acres

Said premises being bounded Northerly by property of the State of Connecticut; Easterly by Lake Avenue and U. S. Route #6; Southerly by property now or formerly of Francis J. Collins, Trustee and Donald R. J. Keeler, each in part; Westerly by property now or formerly of Donald R. J. Keeler.

Received for Record at Danbury, CT
On 01/30/2017 At 3:26:12 pm

State of Connecticut

ss: Danbury-New Milford January 30, 2017

County of Fairfield
Litchfield

This is to certify that on the above date, I caused to be filed in the office of the Town Clerk of the Town/City of **Danbury** the original Lis Pendens, in the foregoing matter, and paid the said Town Clerk the recording fee of $63.00.

Further, pursuant to CGS 33-929, by depositing in a U.S. Post Office, a postage paid, certified letter contained a true and attested copy of the original Lis Pendens addressed to:

**Secretary of Corporation, Blue Hills Fuels, LLC c/o Arclight Capital Partners,**
**200 Clarendon Street, 55th Floor, Boston, MA 02116**
**Said letter being assigned #7015 0920 0001 1097 2927**

One such copy for each of the within named.

The within and foregoing is a true attested copy of the original Lis Pendens

with my doings hereon endorsed.

| | |
|---|---|
| Process | 40.00 |
| Travel | 24.20 |
| Copies | 3.00 |
| Endorsement | 1.60 |
| Town Clerk | 63.00 |
| Postage | 6.56 |
| Total | 138.36 |

Attest,

Suzann H. Corbett
Indifferent Person